IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JASON ANTHONY MORA,**
      **Plaintiff,**

vs.                                                  CIV NO. 1:21-00189-SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**
      **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 22) to file a response to Plaintiff's Motion to Reverse and Remand Administrative Agency Decision, with Memorandum of Law in Support (Doc. 21), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until January 6, 2022, to file a response, and Plaintiff shall have until January 20, 2022, to file a reply.

SIGNED December 6, 2021.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 12/03/2021*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved 12/03/2021*
BENJAMIN DECKER
Attorney for Plaintiff